VENKAT BALASUBRAMANI (SBN 189192)
venkat@focallaw.com
STACIA N. LAY (*pro hac vice* application to be filed)
stacia@focallaw.com
FOCAL PLLC
900 1st Avenue S., Suite 201
Seattle, Washington 98134
Telephone: (206) 529-4827
Facsimile: (206) 260-3966

JORDAN RAPHAEL (SBN 252344)
jraphael@byronraphael.com
BYRON RAPHAEL LLP
1055 West 7th Street, Suite 3300
Los Angeles, CA 90017
Telephone: (213) 291-9800
Facsimile: (213) 377-5771

Attorneys for Plaintiff
PUSHEEN CORPORATION

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

PUSHEEN CORPORATION, an Illinois corporation,

Plaintiff,

v.

MINISO DEPOT CA, INC., a California corporation; and USA MINISO DEPOT INC., a Delaware corporation,

Defendants.

Case No. 2:20-cv-1400

COMPLAINT FOR COPYRIGHT INFRINGEMENT

DEMAND FOR JURY TRIAL

Pusheen Corporation, for its Complaint for Copyright Infringement against Defendants Miniso Depot CA, Inc. and USA Miniso Depot Inc. (collectively, "**Defendants**" or "**Miniso**"), alleges as follows:

**THE PARTIES**

1. Pusheen Corporation is an Illinois corporation with its principal place

of business located at 104 Main Street, Park Ridge, Illinois 60068.

2. Upon information and belief, Defendant Miniso Depot CA, Inc. is a California corporation with a principal place of business located at 200 S. Los Robles Avenue, Suite 200, Pasadena, California 91101.

3. Upon information and belief, Defendant USA Miniso Depot Inc. is a Delaware corporation with a principal place of business located at 200 S. Los Robles Avenue, Suite 200, Pasadena, California 91101.

## JURISDICTION AND VENUE

4. This Court has subject matter jurisdiction over this copyright infringement action under 28 U.S.C. §§ 1331 and 1338 because it alleges violations of the Copyright Act, 17 U.S.C. § 101 *et seq*.

5. This Court has personal jurisdiction over Defendants. Upon information and belief, Defendant Miniso Depot CA, Inc. is incorporated under the laws of California and has a principal place of business located in Pasadena, California. Upon information and belief, Defendant USA Miniso Depot Inc. is registered to do business in California and has a principal place of business located in Pasadena, California. Additionally, upon information and belief, both Defendants have been continuously doing business in California at all relevant times.

6. Venue is proper in this Court under 28 U.S.C. § 1391(b) because a substantial part of the events or omissions giving rise to the claim occurred in this judicial district and Defendants are subject to personal jurisdiction in this judicial district.

## FACTUAL ALLEGATIONS

### A. Pusheen the Cat

7. Pusheen Corporation ("**Pusheen Corp.**") is an Illinois corporation based in Park Ridge, Illinois.

8. Pusheen Corp. is the owner of all rights in and to the iconic "Pusheen the cat" character, including copyrights and trademarks in the Pusheen name and

character images.

9. Pusheen was originally created a decade ago as a character in a webcomic and has since developed into a unique character with a distinctive persona and a significant fan base.

10. Hundreds, perhaps thousands, of unique Pusheen images have been created over the past decade depicting the Pusheen character in a variety of activities. Following are just two copyrighted images of the Pusheen character:




11. Pusheen Corp. is the owner of valid and subsisting copyrights in the Pusheen character and works embodying the Pusheen character, including but not limited to Pusheen books, calendars, and plush toys (collectively, the "**Pusheen Works**"). Pusheen Corp. registers works embodying the Pusheen character and related characters with the U.S. Copyright Office. Attached hereto as **Appendix A** is a list of copyright registrations for some of the Pusheen Works.

12. Pusheen is featured in web comics (*see* for example pusheen.com/tag/pusheen/), as well as a wide variety of Pusheen merchandise including but not limited to plush toys and plush accessories, clothing, stickers and stationery, houseware, and accessories. Following are just two examples of authorized Pusheen plush toys:

| | |
|---|---|
|  |  |

13. Pusheen is a brand recognized worldwide with licensed Pusheen merchandise available in more than 60 countries, including but not limited to the United States, China, Canada, Australia, and the Philippines. Pusheen merchandise is sold online and through various retailers throughout the United States (including California) and internationally.

14. Pusheen Corp. has generated significant brand identity and loyalty associated with the Pusheen character and related works, both in the United States and internationally. To support the brand identity and loyalty, Pusheen Corp. is selective and strategic in all aspects of its merchandise licensing, including the selection of its licensees, the assets permitted to be used on licensed merchandise, and the approval of its licensees' merchandise and advertising materials.

15. Quality control is a critical component of Pusheen Corp.'s success. Licensees are required to follow a strict approval process to ensure that Pusheen products meet the high quality standards expected of Pusheen merchandise.

16. Through a decade of development, Pusheen has developed into a distinct and recognizable character. The Pusheen character is depicted and portrayed in a distinct and consistent manner with a unique and defined personality. Pusheen Corp. ensures the consistent depiction of the Pusheen character by, among other things, developing detailed style guides that its licensees must follow in creating Pusheen merchandise.

17. As a result of Pusheen Corp.'s significant investment in time and

resources over the past decade, Pusheen has developed a substantial and loyal fan base. In addition to a website and online store dedicated to Pusheen (pusheen.com), Pusheen has (a) a Facebook page (facebook.com/pusheen) with more than 9 million followers, (b) a Twitter account (twitter.com/pusheen) with 188,000 followers, and (c) an Instagram page (instagram.com/pusheen) with nearly 2 million followers.

**B. Miniso's Infringing Activities**

18. Upon information and belief, Miniso describes itself as a "design house" that features products of "high quality, competitive price and creativity."

19. According to the Miniso website, www.miniso-us.com/, there are more than 30 Miniso stores in the United States, with the majority of the stores currently located in California. *See* www.miniso-us.com/location (last visited Jan. 15, 2020).

20. Upon information and belief, Miniso—directly and/or through third parties—has created, marketed, distributed and sold unauthorized "Pusheen" merchandise, including plush toys and pillows, in the United States and internationally.

21. Upon information and belief, in a number of instances, Miniso falsely advertised the unauthorized merchandise as "Pusheen" products. Following are examples of Miniso's false advertisement of the unauthorized "Pusheen" merchandise captured from Miniso's Twitter, Instagram, and Facebook pages:






22. Upon information and belief, Miniso's infringement is ongoing, as demonstrated by a video featuring infringing "Pusheen" plush available on Miniso's Facebook page (www.facebook.com/MinisoLife/videos/923822281327793/) and Twitter account (twitter.com/Miniso_USA/status/1183247799921471488) as of the drafting of this Complaint. Following are screen captures from that video:

MinisoUSA
@Miniso_USA
We've got some cute Halloween plushes for you 🎃 👻 Be sure to get what you see here before they're out of season (or stock)! #halloween #plush #toys #homedecor #webarebear #costumeedition #pumpkin #unicorn #witch #hamburger #ghost #eyeball #puppies #minisous #minisousa
66 views 0:04 / 0:33
10:07 PM - 12 Oct 2019



23. A comparison of Miniso's unauthorized "Pusheen" merchandise with authorized Pusheen merchandise readily demonstrates that Miniso copied the Pusheen character.

24. Upon information and belief, at the time Miniso created, marketed and sold the infringing "Pusheen" merchandise, Miniso was aware of, and had access to, the Pusheen Works as a result of the substantial and long-standing popularity of the Pusheen character. In fact, upon information and belief, Miniso previously reached out to a Pusheen Corp. licensee (via that licensee's factory) to request to purchase Pusheen cushions (although ultimately, the licensee declined Miniso's purchase request). Moreover, by falsely identifying the infringing merchandise as "Pusheen" items, Miniso demonstrated its awareness of the Pusheen character and the Pusheen Works.

25. Pusheen Corp. has never authorized Miniso's use of any Pusheen Corp.'s intellectual property.

26. Based on the foregoing, Miniso's conduct constitutes willful infringement of Pusheen Corp.'s copyrighted Pusheen Works.

**CAUSE OF ACTION**

**Copyright Infringement, 17 U.S.C. § 101 *et seq.***

27. Pusheen Corp. realleges and incorporates by reference all of the allegations set forth in the foregoing paragraphs as if fully set forth herein.

28. Each of the Pusheen Works constitutes an original work of authorship and copyrightable subject matter under the laws of the United States.

29. Pusheen Corp. is the owner of valid and registered copyrights in the Pusheen Works.

30. Defendants have infringed, and continue to infringe, Pusheen Corp.'s copyrights by reproducing, adapting, distributing, publicly displaying, and/or creating derivative works from the Pusheen Works without the consent or authority of Pusheen Corp. in violation of the Copyright Act, 17 U.S.C. § 101 *et seq.*

31. Pusheen Corp. has never authorized or given consent to Defendants' use of Pusheen Corp.'s copyrighted works.

32. The foregoing acts of Defendants constitute infringement of Pusheen's exclusive rights in violation of the Copyright Act, 17 U.S.C. §§ 106 and 501.

33. Defendants' actions were and are intentional, willful, wanton, and performed in disregard of Pusheen Corp.'s rights.

34. Pusheen Corp. is entitled to injunctive relief pursuant to 17 U.S.C. § 502. Pusheen Corp. has no adequate remedy at law for Defendants' wrongful conduct because, among other things, (a) Pusheen Corp.'s copyrights are unique and valuable property which have no readily determinable market value, (b) Defendants' continued infringement harms Pusheen Corp. such that Pusheen Corp. could not be made whole by any monetary award, and (c) upon information and belief, Defendants' wrongful conduct, and the resulting damage to Pusheen Corp., is continuing.

35. As a direct and proximate result of Defendants' infringements, Pusheen Corp. has been and will continue to be damaged, and Defendants have been unjustly enriched. Pusheen Corp. therefore is entitled to damages and Defendants' profits in amounts to be proven at trial under 17 U.S.C. § 504.

36. Alternatively, Pusheen Corp. is entitled to statutory damages under 17 U.S.C. § 504(c), which damages, for the reasons set forth above, should be enhanced in accordance with 17 U.S.C. § 504(c)(2).

37. Pusheen Corp. is also entitled to recover its attorneys' fees and costs of suit pursuant to 17 U.S.C. § 505.

## PRAYER FOR RELIEF

WHEREFORE, Pusheen Corp. respectfully requests judgment be entered in its favor and against Defendants as follows:

A. Preliminary and permanent injunctive relief enjoining and restraining Defendants, and all persons or entities acting in concert with them, during the

pendency of this action and thereafter perpetually from copying, creating derivative works from, distributing copies of, and/or publicly displaying the Pusheen Works;

B. An award of damages, including but not limited to compensatory and statutory damages, and Defendants' profits, as permitted by law under 17 U.S.C. § 504;

C. An award to Pusheen Corp. of its costs of suit, including but not limited to reasonable attorneys' fees, as permitted by law under 17 U.S.C. § 505;

D. An order under 17 U.S.C. § 503 requiring Defendants (a) to impound, on such terms as the Court may deem reasonable; (i) all copies claimed to have been made or used in violation of the exclusive rights of Pusheen Corp.; (ii) all plates, molds, matrices, masters, tapes, film negatives, or other articles by means of which such copies may be reproduced; and (iii) all records documenting the manufacture, sale, or receipt of things involved in any such violation, provided that any records seized shall be taken into the custody of the Court; and (b) to destroy, or otherwise reasonably dispose of, all copies found to have been made or used in violation of Pusheen Corp.'s exclusive rights, and all plates, molds, matrices, masters, tapes, film negatives, or other articles by means of which such copies may be reproduced; and

E. Such other relief as the Court deems just and proper.

Dated: February 12, 2020 Respectfully submitted,

FOCAL PLLC

*/s/ Venkat Balasubramani*

Venkat Balasubramani (SBN 189192)
venkat@focallaw.com
Stacia N. Lay (*pro hac vice* application to be filed)
stacia@focallaw.com
900 1st Avenue S., Suite 201
Seattle, Washington 98134
Tel: (206) 529-4827
Fax: (206) 260-3966

BYRON RAPHAEL LLP

*/s/ Jordan Raphael*

Jordan Raphael (SBN 252344)
jraphael@byronraphael.com
1055 West 7th Street, Suite 3300
Los Angeles, California 90017
Tel: (213) 291-9800
Fax: (213) 377-5771

Attorneys for Plaintiff PUSHEEN CORP.

**DEMAND FOR JURY TRIAL**

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Pusheen Corp. demands trial by jury in this action of all issues so triable.

Dated: February 12, 2020

Respectfully submitted,

FOCAL PLLC

*/s/ Venkat Balasubramani*

Venkat Balasubramani (SBN 189192)
venkat@focallaw.com
Stacia N. Lay (*pro hac vice* application to be filed)
stacia@focallaw.com
900 1st Avenue S., Suite 201
Seattle, Washington 98134
Tel: (206) 529-4827
Fax: (206) 260-3966

BYRON RAPHAEL LLP

*/s/ Jordan Raphael*

Jordan Raphael (SBN 252344)
jraphael@byronraphael.com
1055 West 7th Street, Suite 3300
Los Angeles, California 90017
Tel: (213) 291-9800
Fax: (213) 377-5771

Attorneys for Plaintiff PUSHEEN CORP.

# APPENDIX A

| Copyright Regis. No. | Title of Work |
|---|---|
| TX0007881226 | I Am Pusheen the Cat |
| TX0008654905 | Pusheen: A Cross-Stitch Kit |
| TX0008564722 | Pusheen: A Magnetic Kit |
| TX0008493675 | Pusheen Coloring Book |
| TX0008765552 | Pusheen Postcard Book |
| TX0008560746 | Pusheen Poster Book |
| TX0008216325 | Pusheen the Cat 2014-2015 16-Month Calendar Poster |
| TX0008216306 | Pusheen the Cat 2015-2016 16-Month Desk Pad |
| TX0007956574 | Pusheen the Cat 2015 Wall Calendar (978-1-4494-5605-4) |
| TX0008195761 | Pusheen the Cat 2016 Wall Calendar |
| TX0008415312 | Pusheen the Cat 2017 Wall Calendar |
| TX0008625003 | Pusheen the Cat 2018 Wall Calendar |
| TX0008624998 | Pusheen the Cat 2019 Wall Calendar |
| VA0002163184 | Pugsheen plush |
| VA0002163180 | Pusheen plush (medium) |
| VA0002163185 | Pusheenicorn plush |
| VA0002163182 | Super Pusheenicorn plush |