VENKAT BALASUBRAMANI (SBN 189192)
venkat@focallaw.com
STACIA N. LAY (admitted *pro hac vice*)
stacia@focallaw.com
FOCAL PLLC
900 1st Avenue S., Suite 201
Seattle, Washington 98134
Telephone: (206) 529-4827
Facsimile: (206) 260-3966

JORDAN RAPHAEL (SBN 252344)
jraphael@byronraphael.com
BYRON RAPHAEL LLP
1055 West 7th Street, Suite 3300
Los Angeles, CA 90017
Telephone: (213) 291-9800
Facsimile: (213) 377-5771

Attorneys for Plaintiff
PUSHEEN CORPORATION

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PUSHEEN CORPORATION, an Illinois corporation,<br><br>Plaintiff,<br><br>v.<br><br>MINISO DEPOT CA, INC., a California corporation; and USA MINISO DEPOT INC., a Delaware corporation,<br><br>Defendants. | Case No. 2:20-cv-01400 FMO (GJSx)<br><br>NOTICE OF SETTLEMENT<br><br>Complaint filed: February 12, 2020 |

TO THE COURT, ALL PARTIES, AND ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Pusheen Corporation ("Plaintiff") has reached a settlement with Defendants Miniso Depot CA, Inc. and USA Miniso Depot Inc. (collectively, "Defendants") under which the Parties have agreed to stipulate to entry of a Permanent Injunction against Defendants and dismissal of this action.

The Parties are currently in the process of memorializing the terms of the settlement in a written agreement and anticipate filing a stipulation for entry of a Permanent Injunction and dismissal within forty-five (45) days. Plaintiff therefore respectfully requests that the current hearings, dates and deadlines be vacated or continued by forty-five (45) days to permit the Parties to finalize the terms of the agreement and file the stipulation for entry of a Permanent Injunction and dismissal that will resolve all claims in this matter.

Dated: December 28, 2020    Respectfully submitted,

FOCAL PLLC

*/s/ Stacia N. Lay*
Stacia N. Lay (admitted *pro hac vice*)
stacia@focallaw.com

BYRON RAPHAEL LLP

*/s/ Jordan Raphael*
Jordan Raphael (SBN 252344)
jraphael@byronraphael.com

Attorneys for Plaintiff