VENKAT BALASUBRAMANI (SBN 189192)
venkat@focallaw.com
STACIA N. LAY (admitted *pro hac vice*)
stacia@focallaw.com
FOCAL PLLC
900 1st Avenue S., Suite 201
Seattle, Washington 98134
Telephone: (206) 529-4827
Facsimile: (206) 260-3966

JORDAN RAPHAEL (SBN 252344)
jraphael@byronraphael.com
BYRON RAPHAEL LLP
1055 West 7th Street, Suite 3300
Los Angeles, CA 90017
Telephone: (213) 291-9800
Facsimile: (213) 377-5771

Attorneys for Plaintiff
PUSHEEN CORPORATION

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PUSHEEN CORPORATION, an Illinois corporation,<br><br>Plaintiff,<br><br>v.<br><br>MINISO DEPOT CA, INC., a California corporation; and USA MINISO DEPOT INC., a Delaware corporation,<br><br>Defendants. | Case No. 2:20-cv-01400 FMO (GJSx)<br><br>STIPULATION FOR ENTRY OF PERMANENT INJUNCTION AND STIPULATED DISMISSAL<br><br>Complaint filed: February 12, 2020 |

Plaintiff Pusheen Corporation ("Pusheen") and Defendants Miniso Depot CA, Inc. and USA Miniso Depot Inc. (collectively, "Miniso") hereby stipulate as follows:

1. Pusheen filed its Complaint in this action on February 12, 2020, asserting a claim for copyright infringement relating to Miniso's creation, manufacture, distribution and/or sale of merchandise allegedly infringing on Pusheen's copyrighted "Pusheen the cat" character. (*See* Dkt. 1.) Miniso filed its Answer to the Complaint on May 12, 2020, denying the allegations thereof and asserting various affirmative defenses. (*See* Dkt. 22.)

2. The parties have agreed to resolve this matter and have stipulated to entry of the [Proposed] Permanent Injunction Against Defendants Miniso Depot CA, Inc. and USA Miniso Depot Inc. in the form attached hereto as **Exhibit A**.

3. The parties have further agreed that, upon entry of the [Proposed] Permanent Injunction Against Defendants Miniso Depot CA, Inc. and USA Miniso Depot Inc. by the Court, this action shall be dismissed with prejudice and without attorneys' fees or costs to any party pursuant to the Stipulated Dismissal attached hereto as **Exhibit B**.

SO STIPULATED AND AGREED TO BY:

Dated: February 10, 2021    FOCAL PLLC

*/s/ Stacia N. Lay*
Stacia N. Lay (admitted *pro hac vice*)
stacia@focallaw.com

BYRON RAPHAEL LLP

*/s/ Jordan Raphael*
Jordan Raphael (SBN 252344)
jraphael@byronraphael.com

Attorneys for Plaintiff

Dated: February 10, 2021  ECOFF CAMPAIN & TILLES, LLP

*/s/ Alberto J. Campain*
Alberto J. Campain (SBN 204068)
campain@ecofflaw.com

Attorney for Defendants

L.R. 5-4.3.4(a)(2)(i) Certification:

*All other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.*

*/s/ Stacia N. Lay*
Stacia N. Lay (admitted *pro hac vice*)